UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

VS.   CIVIL ACTION NO. 5:23-mc-00367

MULTIPLE ASSETS

**THE UNITED STATES OF AMERICA'S ADVISORY REGARDING AGREED DELAY TO COMMENCE FORFEITURE ACTIONS**

The United States of America, by and through its United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney submits this status advisory to the Court pursuant to its Order of May 8, 2024. Dkt. No. 6.

After consultation with Claimants' counsel regarding the Government's evaluation of its submitted claims in the Southern District of Texas, Claimant Adriana Jones, through her attorneys, withdrew those claims seeking judicial determination of forfeiture on assets in the Southern District of Texas.[1] The withdrawal of claims was received on April 19, 2024.

Because there are no pending claims, the United States *will not* be filing civil forfeiture actions beyond those already filed.[2] Without more, the United States submits that this miscellaneous action has concluded and requires no further action by the Court.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

By:   s/ *Mary Ellen Smyth*
Assistant United States Attorney

---

[1] *See* Dkt. No. 3, Attachment 3.
[2] In cases where there was a claimant other than Adriana Jones, a civil or criminal forfeiture action was commenced. One additional claim filed by pro se Claimant Rolando Garza Jr. was declined for judicial forfeiture proceedings, and DEA Counsel was notified of this office's decision to not proceed.